[No. 11512-7-III.  Division Three.  December 3, 1992.]

RANDALL JOHNSON, *Appellant*, v. JAMES BLODGETT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00286-2, Yancey Reser, J., entered

February 20, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.